## CORPORATE RESOLUTION

## INTERUNITY MANAGEMENT (DEUTSCHLAND) GMBH

INTERUNITY MANAGEMENT (DEUTSCHLAND) GMBH ("the Company"), acting by and through Director Christos Mangos, in accordance with applicable law and the Company's organizational documents, take the following action:

**IT IS RESOLVED:**

THAT, the attached Plea Agreement was entered into and agreed between the United States of America and the Company, and same having been explained to the Company by its counsel, and the Board of Directors understanding those terms and conditions, and all corporate formalities required for the authorizations contained herein having been observed, the Company hereby assents to those terms and conditions and agrees to enter into the said written Plea Agreement in the matter pending in the United States District Court, Southern District of California in the case entitled <u>United States of America v. Interunity Management (Deutschland) GmbH</u>; and

**IT IS FURTHER RESOLVED:**

THAT, George M. Chalos, Esq. of Chalos & Co, P.C., with the assistance of local counsel Kaye Rose & Partners LLP, are hereby authorized, empowered, and directed to represent the Company and to execute the Plea Agreement on behalf of the Company and to execute any and all other documents and instruments, including but not limited to the Consent to Institute a Presentence Investigation and Disclose the Report and the Notice Regarding Entry of a Plea of Guilty, and to take any and all actions to do any and all other things necessary or incidental for the execution and entry of the Plea Agreement, and to comply with its provisions; and

**IT IS FURTHER RESOLVED:**

THAT, the Company has authorized George M. Chalos, Esq. to enter a guilty plea on behalf of the Company to Count One of the Information in the case entitled <u>United States of America v. Interunity Management (Deutschland) GmbH</u>, to appear before the Court at all necessary hearings and Court settings, as required by the Plea Agreement and/or the District Court; and

**IT IS FURTHER RESOLVED:**

THAT, the terms and conditions of the attached Power of Attorney having been explained to the Company by its counsel, and the Company understanding those terms and conditions, and all corporate formalities required for the authorizations contained therein having been observed, the Company hereby assents to those terms and conditions and authorizes the issuance of the Power of Attorney for the matter pending in the United States District Court, Southern District of California, in the case entitled United States of America v. Interunity Management (Deutschland) GmbH; and

**IT WAS FURTHER RESOLVED:**

THAT the Company entered this Corporate Resolution and accompanying Power of Attorney in accordance with all corporate formalities, Company bylaws, and the applicable laws of the United States of America.

Executed this the __8__ May 2023.

_____
Christos Mangos, DIRECTOR

## **POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS that INTERUNITY MANAGEMENT (DEUTSCHLAND) GMBH (the "Company"), a company formed and validly existing under the laws of Germany, with offices at Konsul-Smidt-Straße 76, 28217 Bremen, Germany, has made, constituted and appointed and by these presents does make, constitute and appoint George M. Chalos, Esq., of Chalos & Co, P.C., 55 Hamilton Avenue, Oyster Bay, New York, 11771, to be the true and lawful Attorney(s) of the Company with full power to do the following acts and things, or any of them.

1. To appear on behalf of the Company, with the assistance of local counsel Law Offices of Kaye Rose & Partners LLP, in that certain criminal matter in the United States District Court for the Southern District of California, entitled United States of America v. Interunity Management (Deutschland) GmbH, charging one criminal count against the Company and;

2. To do all things and to execute any and all documents and instruments deemed necessary or incidental to appear before the United States District Court, for the Southern District of California; to appear at all Court Proceedings on behalf of the Company including, but not limited to, an Initial Appearance and Change of Plea Hearing, to enter a plea of guilty on behalf of the Company to the Count One of the "Information" in accordance with a Plea Agreement entered into between the United States of America and the Company pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) in the matter entitled United States of America v Interunity Management (Deutschland) GmbH; and;

3. The Company waives its right to appearance at the Initial Appearance, Change of Plea Hearing, and Sentencing and exercises its right to appear through counsel in accordance with Federal Rule of Criminal Procedure Rule 43(b)(1) and authorizes George M. Chalos, Esq., of Chalos & Co, P.C., to take the necessary steps to plead guilty on behalf of the Company to the "Information" in the matter entitled United States of America v. Interunity Management (Deutschland) GmbH, and;

4. The Company, by its Board of Directors, acknowledges that it will appear and be present at all future hearings before the Court through the appearance and participation of George M. Chalos Esq., who are hereby authorized to act on behalf of the Company and participate in any and all future hearings, including any Sentencing Hearing in accordance with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the Local Civil and Criminal Rules of the United States District Court for the Southern District of California; and,

5. The Board of Directors deems it in the best interests of the Company that George M. Chalos, Esq., appear on behalf of the Company as the designated Corporate Representative for any and all necessary proceedings in the case entitled United States of America v. Interunity Management (Deutschland) GmbH.

1

IN WITNESS WHEREOF the foregoing Power of Attorney was made and executed the 8 of May 2023.

                                                                Director