UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

INTERUNITYMANAGEMENT (DEUTSCHLAND) GMBH,

Defendant.

Case No. 23-CR-1044-TWR

**ORDER GRANTING GOVERNMENT MOTION FOR WHISTLEBLOWER AWARD**

This cause came before the Court on the Government's Motion for a Whistleblower Award. After reviewing the motion, the Court finds good cause in its discretion to GRANT the Motion. The Court hereby ORDERS that an award of $300,000.00 be paid to Mr. Jay Geroy, $100,000.00 be paid to Mr. Jed Reballos, $50,000.00 be paid to Mr. Renan Rena, and $18,750.00 be paid to Mr. Domer Beltran, minus any United States tax withholding to be determined by the Administrative Office of the United States Courts. It is further ORDERED that the Government provide to the Clerk of Court the banking information required to complete the payment to Messrs. Geroy, Reballos, Rena, and Beltran via electronic means.

DATED: 7/26/2023

Honorable Todd W. Robinson
U.S. District Court Judge